MARTIN L. WELSH, ESQ.
Nevada State Bar No. 8720
MEGAN M. MCHENRY, ESQ.
Nevada State Bar No. 9119
LARSON A. WELSH, ESQ.
Nevada State Bar No. 12517
LAW OFFICE OF HAYES & WELSH
199 North Arroyo Grande Blvd., Suite 200
Henderson, Nevada 89074
Phone: 702-434-3444
Fax #: 702-434-3739
mwelsh@lvlaw.com; k.bratton@hayesandwelsh.onmicrosoft.com
*Attorneys for Plaintiff*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| CF STAFFING SOLUTIONS, LLC, a Nevada limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>DISTRICT HEALTHCARE SERVICES, LLC, a foreign corporation; BREAKING SILOS IN MEDICINE, LLC, a foreign corporation; HABIB SHAMTE, M.D., an individual; DOES I - X, and ROE CORPORATIONS I – X, inclusive,<br><br>Defendants. | CASE NO.: 2:24-cv-02355-GMN-EJY<br><br>(District Court of Clark County Nevada Case No. A-24-905033-C)<br><br>**STIPULATION AND PROPOSED ORDER TO EXTEND DEADLINE TO RESPOND TO MOTION TO DISMISS [ECF# 3]**<br>**(First Request for Extension)** |

On December 26, 2024, Defendants, District Healthcare Services, LLC ("DHS"); Breaking Silos In Medicine, LLC ("BSIM"), and Habib Shamte, M.D. ("Dr. Shamte") filed a Motion to Dismiss [ECF# 3] the Complaint filed by Plaintiff, CF Staffing Solutions, LLC ("CF Staffing"). Given the holidays and the unavailability of CF Staffing representatives and the undersigned counsel during the holidays, counsel for CF Staffing requests, and the undersigned counsel for DHS, BSIM, Dr. Shamte and CF Staffing agree to a brief extension of the deadline to respond to the Motion to Dismiss from January 9, 2025, to January 23, 2025.

///

///

///

This is the first stipulation for extension of time to file a response to motions.

Respectfully Submitted,

DATED January 3, 2025

| LAW OFFICE OF HAYES & WELSH | DICKINSON WRIGHT, PLLC |
|---|---|
| */s/ Martin L. Welsh* | */s/ Brooks T. Westergard* |
| MARTIN L. WELSH, ESQ. | JOHN P. DESMOND, ESQ. |
| Nevada State Bar No. 8720 | Nevada State Bar No. 5618 |
| MEGAN M. MCHENRY, ESQ. | BROOKS T. WESTERGARD, ESQ. |
| Nevada State Bar No. 9119 | Nevada State Bar No. 14300 |
| LARSON A. WELSH, ESQ. | MACKENZIE E. ROBINSON, ESQ. |
| Nevada State Bar No. 12517 | Nevada State Bar No. 16309 |
| 199 North Arroyo Grande Blvd., Suite 200 | 940 W. Liberty Street, Suite 940 |
| Henderson, Nevada 89074 | Reno, Nevada 89510 |
| *Attorneys for Plaintiff* | *Attorneys for Defendants* |
| *CF Staffing Solutions, LLC* | *District Healthcare Services, LLC; Breaking Silos In Medicine, LLC and Habib Shamte, M.D.* |

IT IS SO ORDERED

DATED: January 2, 2025

_____
U.S. MAGISTRATE JUDGE