MARTIN L. WELSH, ESQ.
Nevada State Bar No. 8720
MEGAN M. MCHENRY, ESQ.
Nevada State Bar No. 9119
LARSON A. WELSH, ESQ.
Nevada State Bar No. 12517
LAW OFFICE OF HAYES & WELSH
199 North Arroyo Grande Blvd., Suite 200
Henderson, Nevada 89074
Phone: 702-434-3444
Fax #:  702-434-3739
mwelsh@lvlaw.com; k.bratton@hayesandwelsh.onmicrosoft.com
*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| CF STAFFING SOLUTIONS, LLC, a Nevada limited liability company; MAX CASAL, an individual,<br><br>　　　　　Plaintiffs,<br><br>v.<br><br>DISTRICT HEALTHCARE SERVICES, LLC, a foreign corporation; BREAKING SILOS IN MEDICINE, LLC, a foreign corporation; HABIB SHAMTE, M.D., an individual; DOES I - X, and ROE CORPORATIONS I – X, inclusive,<br><br>　　　　　Defendants. | CASE NO.:  2:24-cv-02355-GMN-EJY<br><br>(District Court of Clark County Nevada Case No. A-24-905033-C)<br><br><br>**STIPULATION AND (PROPOSED) ORDER TO EXTEND DEADLINE TO RESPOND TO MOTION TO DISMISS [ECF# 9]**<br><br>**(First Request for Extension)** |

　　　　On January 29, 2025, Defendants District Healthcare Services, LLC ("DHS"); Breaking Silos In Medicine, LLC ("BSIM"), and Habib Shamte, M.D. ("Dr. Shamte"), filed a Motion to Dismiss and Transfer Under 28 U.S.C. § 1404(a) ("Motion") [ECF# 12] the First Amended Complaint [ECF# 9] filed by Plaintiffs CF Staffing Solutions, LLC ("CF Staffing") and Max Casal ("Casal").  Unfortunately, on January 30, 2025, Counsel Martin L. Welsh's father passed away (also counsel Larson Welsh's grandfather). Given Plaintiffs' Counsel's needed time away from the office to attend to family responsibilities, Counsel for the Parties have agreed to a brief extension for Plaintiffs to respond the Motion to Dismiss from February 12, 2025, to February 26, 2025.

/ / /

This is the first stipulation for extension of time to file a response to this motion.

Respectfully Submitted,

DATED February 6, 2025

| LAW OFFICE OF HAYES & WELSH | DICKINSON WRIGHT, PLLC |
|---|---|
| /s/ Martin L. Welsh | /s/ Brooks T. Westergard |
| MARTIN L. WELSH, ESQ. | JOHN P. DESMOND, ESQ. |
| Nevada State Bar No. 8720 | Nevada State Bar No. 5618 |
| MEGAN M. MCHENRY, ESQ. | BROOKS T. WESTERGARD, ESQ. |
| Nevada State Bar No. 9119 | Nevada State Bar No. 14300 |
| LARSON A. WELSH, ESQ. | MACKENZIE E. ROBINSON, ESQ. |
| Nevada State Bar No. 12517 | Nevada State Bar No. 16309 |
| 199 North Arroyo Grande Blvd., Suite 200 | 940 W. Liberty Street, Suite 940 |
| Henderson, Nevada 89074 | Reno, Nevada 89510 |
| *Attorneys for Plaintiffs* | *Attorneys for Defendants* |
| *CF Staffing Solutions, LLC; and* | *District Healthcare Services, LLC;* |
| *Max Casal* | *Breaking Silos In Medicine, LLC; and* |
|  | *Habib Shamte, M.D.* |

IT IS SO ORDERED

DATED:  February 6, 2025

U.S. MAGISTRATE JUDGE