1  MARTIN L. WELSH, ESQ.
   Nevada State Bar No. 8720
2  MEGAN M. MCHENRY, ESQ.
   Nevada State Bar No. 9119
3  LARSON A. WELSH, ESQ.
   Nevada State Bar No. 12517
4  LAW OFFICE OF HAYES & WELSH
   199 North Arroyo Grande Blvd., Suite 200
5  Henderson, Nevada 89074
   Phone: 702-434-3444
6  Fax #:  702-434-3739
   mwelsh@lvlaw.com; k.bratton@hayesandwelsh.onmicrosoft.com
7  *Attorneys for Plaintiffs*

8
## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

9

| | |
|---|---|
| 10  CF STAFFING SOLUTIONS, LLC, a Nevada limited liability company; MAX CASAL, an 11  individual, | CASE NO.:   2:24-cv-02355-GMN-EJY |
| 12                Plaintiffs, | (District Court of Clark County Nevada Case No. A-24-905033-C) |
| 13  v. | **STIPULATION AND PROPOSED ORDER TO EXTEND DEADLINE TO RESPOND TO MOTION TO DISMISS FAC [ECF# 9] AND MOTION TO TRANSFER** |
| 14  DISTRICT HEALTHCARE SERVICES, LLC, a foreign corporation; BREAKING SILOS IN 15  MEDICINE, LLC, a foreign corporation; HABIB SHAMTE, M.D., an individual; DOES 16  I - X, and ROE CORPORATIONS I – X, inclusive, | |
| 17 | **(Second Request for Extension)** |
| 18                Defendants. | |

19     On January 29, 2025, Defendants, District Healthcare Services, LLC ("DHS");

20 Breaking Silos In Medicine, LLC ("BSIM"), and Habib Shamte, M.D. ("Dr. Shamte") filed a

21 Motion to Dismiss and Transfer Under 28 U.S.C. § 1404(a) (the "Motion") [ECF# 12] the First

22 Amended Complaint [ECF# 9] filed by Plaintiffs, CF Staffing Solutions, LLC ("CF Staffing")

23 and Max Casal ("Casal"). Unfortunately, on January 30, 2025, Counsel Martin L. Welsh's

24 father passed away (also counsel Larson Welsh's grandfather). The Parties thereafter stipulated

25 to an extension of the deadline to respond to the Motion to February 26, 2025, which this Court

26 granted [ECF# 14]. Plaintiff's Counsel's time away from the office to attend to family

27 responsibilities exceeded what was initially expected by Plaintiff's Counsel and has caused

28 more delay and disruption than previously anticipated. Thus, Counsel for the Parties have

agreed to a second brief extension for Plaintiffs to respond the Motion to Dismiss/Transfer from February 26, 2025 to March 3, 2025.

This is the second stipulation for extension of time to file a response to this motion.

Respectfully Submitted,

DATED February 20, 2025

| LAW OFFICE OF HAYES & WELSH | DICKINSON WRIGHT, PLLC |
|---|---|
| /s/ Martin L. Welsh | /s/ Brooks T. Westergard |
| MARTIN L. WELSH, ESQ. | JOHN P. DESMOND, ESQ. |
| Nevada State Bar No. 8720 | Nevada State Bar No. 5618 |
| MEGAN M. MCHENRY, ESQ. | BROOKS T. WESTERGARD, ESQ. |
| Nevada State Bar No. 9119 | Nevada State Bar No. 14300 |
| LARSON A. WELSH, ESQ. | MACKENZIE E. ROBINSON, ESQ. |
| Nevada State Bar No. 12517 | Nevada State Bar No. 16309 |
| 199 North Arroyo Grande Blvd., #200 | 940 W. Liberty Street, Suite 940 |
| Henderson, Nevada 89074 | Reno, Nevada 89510 |
| *Attorneys for Plaintiffs, CF Staffing Solutions, LLC and Max Casal* | *Attorneys for Defendants, District Healthcare Services, LLC; Breaking Silos In Medicine, LLC and Habib Shamte, M.D.* |

IT IS SO ORDERED. DATED:

February __21__, 2025.

_____
GLORIA M. NAVARRO
U.S. DISTRICT JUDGE