```
DICKINSON WRIGHT PLLC
JOHN P. DESMOND, ESQ.
Nevada Bar No. 5618
BROOKS T. WESTERGARD, ESQ.
Nevada Bar No. 14300
MACKENZIE E. ROBINSON
Nevada Bar No. 16309
940 W Liberty Street, Suite 940
Reno, Nevada 89501
Tel: 775-343-7500
Fax: 844-670-6009
Email: JDesmond@dickinsonwright.com
Email: BWestergard@dickinsonwright.com
Email: MRobinson@dickinsonwright.com
```

*Attorneys for Defendants District Healthcare Services, LLC, Breaking Silos in Medicine, LLC, and Habib Shamte, M.D.*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| CF STAFFING SOLUTIONS, LLC, a Nevada Limited-Liability Company; MAX CASAL, an individual,<br><br>Plaintiffs,<br><br>vs.<br><br>DISTRICT HEALTHCARE SERVICES, LLC, a foreign Corporation; BREAKING SILOS IN MEDICINE, LLC, a foreign corporation; HABIB SHAMTE, M.D., an individual; DOES I through X; AND ROE CORPORATIONS through X, inclusive,.<br><br>Defendants. | CASE NO. 2:24-cv-02355-GMN-EJY<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE TO REPLY TO RESPONSE TO MOTION TO DISMISS FIRST AMENDED COMPLAINT AND MOTION TO TRANSFER**<br><br>(First Request) |

Pursuant to LR IA 6-1, Plaintiffs CF Staffing Solutions, LLC ("CF Staffing") and Max Casal ("Mr. Casal," together with CF Staffing "Plaintiffs"), by and through their counsel of record, the Law Office of Hayes & Welsh, and Defendants District Healthcare Services, LLC



("District Healthcare"), Breaking Silos in Medicine, LLC ("Breaking Silos"), and Habib Shamte, M.D. ("Dr. Shamte," together with District Healthcare and Breaking Silos, "Defendants"), by and through their counsel of record, Dickinson Wright PLLC, hereby stipulate as follows:

1. On January 29, 2025, Defendants filed a Motion to Dismiss and Transfer Under 28 U.S.C. § 1140(a) (the "Motion to Dismiss") (ECF No. 12), wherein Defendants sought dismissal of certain claims contained in Plaintiffs' First Amended Complaint ("FAC"), and requested that this Court transfer this action to the United States District Court for the District of Columbia;

2. Plaintiffs filed their Opposition to Defendants' Motion to Dismiss on March 3, 2025 (ECF No. 20);

3. Based on scope and complexity of the legal issues involved in Defendants' Motion to Dismiss and Plaintiffs' Opposition, Defendants' counsel requested from Plaintiffs' counsel a brief, one-week extension for Defendants to file their Reply in Support of the Motion to Dismiss, which is currently due March 10, 2025. Plaintiffs' counsel agreed to the requested extension.

4. The parties therefore agree that Defendants' deadline to file their Reply in Support of the Motion to Dismiss should be extended from March 10, 2025, to March 17, 2025.

5. This is the first stipulation for extension of time for Defendants to file their Reply in Support of the Motion to Dismiss.

6. This Stipulation is made in good faith and not for purposes of delay.

DATED  March 6, 2025

LAW OFFICE OF HAYES & WELSH

/s/ Martin L. Welsh
MARTIN L. WELSH, ESQ.
Nevada State Bar No. 8720
MEGAN M. MCHENRY, ESQ.
Nevada State Bar No. 9119
LARSON A. WELSH, ESQ.
Nevada State Bar No. 12517

DATED March 6, 2025

DICKINSON WRIGHT, PLLC

/s/ Brooks T. Westergard
JOHN P. DESMOND, ESQ.
Nevada State Bar No. 5618
BROOKS T. WESTERGARD, ESQ.
Nevada State Bar No. 14300
MACKENZIE E. ROBINSON, ESQ.
Nevada State Bar No. 16309



| | |
|---|---|
| 199 North Arroyo Grande Blvd., Suite 200<br>Henderson, Nevada 89074<br>*Attorneys for Plaintiff, CF Staffing Solutions, LLC* | 940 W. Liberty Street, Suite 940<br>Reno, Nevada 89510<br>*Attorneys for Defendants, District Healthcare Services, LLC; Breaking Silos In Medicine, LLC and Habib Shamte, M.D.* |

IT IS SO ORDERED.

Dated: March  6 , 2025.

_____
Gloria M. Navarro
United States District Judge



**CERTIFICATE OF SERVICE**

I certify that I am an employee of DICKINSON WRIGHT PLLC and that on March 6, 2025, I caused a true and correct copy of **STIPULATION AND [PROPOSED] ORDER TO EXTEND DEADLINE TO REPLY TO RESPONSE TO MOTION TO DISMISS FIRST AMENDED COMPLAINT AND MOTION TO TRANSFER** to be served by electronic mail through the Court's CM/ECF filing system upon counsel of record, addressed as follows:

Martin L. Welsh
Megan M. McHenry
Larson A. Welsh
LAW OFFICES OF HAYES & WELSH
199 North Arroyo Grande Blvd., Suite 200
Henderson, NV 89074
Tel: (702) 434-3444
Fax: (702) 343-3739
Email: mwelsh@lvlaw.com
Email: mcenry@lvlaw.com
Email: lwelsh@lvlaw.com
Email: k.bratton@hayesandwelsh.onmicrosoft.com

／s/ *Sherette W. Duffus*
An Employee of Dickinson Wright PLLC

4932-2254-5680 v1 [113463-1]

