```
1   DICKINSON WRIGHT PLLC
    JOHN P. DESMOND, ESQ.
2   Nevada Bar No. 5618
    BROOKS T. WESTERGARD, ESQ.
3   Nevada Bar No. 14300
    MACKENZIE E. ROBINSON, ESQ
4   Nevada Bar No. 16309
5   940 W. Liberty Street, Suite 940
    Reno, Nevada  89501
6   Tel: 775-343-7500
    Fax: 844-670-6009
7   Email:  JDesmond@dickinsonwright.com
    Email: BWestergard@dickinsonwright.com
8   Email: MRobinson@dickinsonwright.com
9
    *Attorneys for Defendants District Healthcare Services, LLC,*
10  *Breaking Silos in Medicine, LLC, and Habib Shamte, M.D.*
```

*Attorneys for Defendants District Healthcare Services, LLC, Breaking Silos in Medicine, LLC, and Habib Shamte, M.D.*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| CF STAFFING SOLUTIONS, LLC, a Nevada Limited-Liability Company; MAX CASAL, an individual,<br><br>Plaintiffs,<br><br>vs.<br><br>DISTRICT HEALTHCARE SERVICES, LLC, a foreign Corporation; BREAKING SILOS IN MEDICINE, LLC, a foreign corporation; HABIB SHAMTE, M.D., an individual; DOES I through X; AND ROE CORPORATIONS through X, inclusive,.<br><br>Defendants. | CASE NO.  2:24-cv-02355-GMN-EJY<br><br>(District Court of Clark County Nevada Case No. A-24-905033-C)<br><br>**STIPULATION AND [PROPOSED] ORDER TO EXTEND DEADLINE TO RESPOND TO FIRST AMENDED COMPLAINT**<br><br>**(First Request)** |

Pursuant to LR IA 6-1, Plaintiffs CF Staffing Solutions, LLC ("CF Staffing") and Max Casal ("Mr. Casal," together with CF Staffing "Plaintiffs"), by and through their counsel of record, the Law Office of Hayes & Welsh, and Defendants District Healthcare Services, LLC



("District Healthcare"), Breaking Silos in Medicine, LLC ("Breaking Silos"), and Habib Shamte, M.D. ("Dr. Shamte," together with District Healthcare and Breaking Silos, "Defendants"), by and through their counsel of record, Dickinson Wright PLLC, hereby stipulate as follows:

1. Defendants filed a Motion to Dismiss to Plaintiffs' Complaint on December 26, 2024 (ECF No. 3) and a Motion to Dismiss Plaintiffs' First Amended Complaint on January 1, 2025 (ECF No. 12).

2. Plaintiffs filed their Opposition to Defendants' Motion to Dismiss on March 3, 2025 (ECF No. 20).

3. On May 2, 2025, the Order Denying Defendants' Motion to Dismiss was filed and served (ECF No. 24).

4. Defendants' Answer to the First Amended Complaint is currently due May 16, 2025.

5. The parties have been engaging in settlement discussions before and after this Court's Order Denying the Motion to Dismiss.

6. In an effort to accommodate those discussions and the deadlines set forth in this litigation, the parties agree that Defendants have until May 23, 2025 to Answer the First Amended Complaint.

7. This is the first stipulation for extension of time for Defendants to file an Answer to the First Amended Complaint.

8. This Stipulation is made in good faith and not for purposes of delay.

| DATED May 13, 2025 | DATED May 13, 2025 |
|---|---|
| LAW OFFICE OF HAYES & WELSH | DICKINSON WRIGHT, PLLC |
| */s/ Martin L. Welsh* | */s/ Brooks T. Westergard* |
| MARTIN L. WELSH, ESQ.<br>Nevada State Bar No. 8720<br>MEGAN M. MCHENRY, ESQ.<br>Nevada State Bar No. 9119<br>LARSON A. WELSH, ESQ.<br>Nevada State Bar No. 12517 | JOHN P. DESMOND, ESQ.<br>Nevada State Bar No. 5618<br>BROOKS T. WESTERGARD, ESQ.<br>Nevada State Bar No. 14300<br>MACKENZIE E. ROBINSON, ESQ.<br>Nevada State Bar No. 16309 |



|  |  |
|---|---|
| 199 North Arroyo Grande Blvd., Suite 200<br>Henderson, Nevada 89074 | 940 W. Liberty Street, Suite 940<br>Reno, Nevada 89510 |
| *Attorneys for Plaintiffs, CF Staffing Solutions, LLC and Max Casal* | *Attorneys for Defendants, District Healthcare Services, LLC; Breaking Silos In Medicine, LLC and Habib Shamte, M.D.* |

IT IS SO ORDERED.

Dated: May 13, 2025.



_____
UNITED STATES MAGISTRATE JUDGE

