UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| CF STAFFING SOLUTIONS, LLC, a Nevada limited liability company; MAX CASAL, an individual,<br><br>Plaintiff,<br><br>v.<br><br>DISTRICT HEALTHCARE SERVICES, LLC, a foreign corporation; BREAKING SILOS IN MEDICINE, LLC, a foreign corporation; HABIB SHAMTE, M.D., an individual; DOES I through X; AND ROE CORPORATIONS through X, inclusive,<br><br>Defendants.<br><br>DISTRICT HEALTHCARE SERVICES, LLC, a foreign corporation; BREAKING SILOS IN MEDICINE, LLC, a foreign corporation,<br><br>Counterclaimants,<br><br>v.<br><br>CF STAFFING SOLUTIONS, LLC, a Nevada limited liability company; WC Heath MSO LLC, a Nevada limited liability company,<br><br>Counterdefendants. | Case No. 2:24-cv-02355-GMN-EJY<br><br>**ORDER** |

Pending before the Court is the Motion to Withdraw as Counsel for Defendants District Healthcare Services, LLC ("DHCS"), Breaking Silos in Medicine, LLC ("BSIM"), and Habib Shamte, M.D. ECF No. 48. The only opposition to the Motion was filed by CF Staffing Solutions, LLC, Max Casal, and WC Health MSO LLC, who do not object to the withdrawal but to an extension of deadlines in this matter of greater than twenty (20) days. ECF No. 49. The Court finds counsel for Defendants establish good cause for withdrawal.

Defendants DHCS and BSIM are advised that business entities must appear in federal court through licensed counsel. *U.S. v. High Country Broad Co.*, 3 F.3d 1244, 1245 (9th Cir. 1993), *citing*,

1

1  *Rowland v. California Men's Colony*, 506 U.S. 194 (1993); *Federal Trade Commission v. Consumer Defense LLC*, Case No. 2:18-cv-0030-JCM-PAL, 2019 WL 8105900, at *1 (D. Nev. Jan 16, 2019); *Mybusinessloan.com, LLC v. Sundance Fence & Iron LLC*, Case No. 15-cv-2298-BAS-JLB, 2016 WL 6124491, at *1 (S.D. Cal. Oct. 20, 2016). Thus, these Defendants must retain new counsel in order to continue to defend against the claims raised.

Accordingly, IT IS HEREBY ORDERED that the Motion to Withdraw as Counsel for Defendants District Healthcare Services, LLC, Breaking Silos in Medicine, LLC, and Habib Shamte, M.D. (ECF No. 48) is GRANTED.

IT IS FURTHER ORDERED that all discovery and deadlines in the operative scheduling order are stayed through the end of the business day (5 p.m. Pacific Standard Time) on **January 5, 2026**. This stay is provided to allow DHCS and BSIM sufficient time to retain new counsel. Failure to retain new counsel will result in an inability to defend or prosecute their claims.

IT IS FURTHER ORDERED that the stay entered is automatically lifted without further order of the Court as of 8 a.m. (Pacific Standard Time) on January 6, 2026.

Dated this 24th day of November, 2025.

_____
ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE