MAX J. CASAL, ESQ.
*Admitted Pro Hac Vice*
SHULMAN BASTIAN FRIEDMAN BUI & O'DEA, LLP
100 Spectrum Center Drive
Irvine, California 92618
Phone: 949-340-3400
Fax #:  949-340-3000
mcasal@shulmanbastian.com

MARTIN L. WELSH, ESQ.
Nevada State Bar No. 8720
LARSON A. WELSH, ESQ.
Nevada State Bar No. 12517
MEGAN K. McHENRY, ESQ.
Nevada State Bar No. 9119
LAW OFFICE OF HAYES & WELSH
199 North Arroyo Grande Blvd., Suite 200
Henderson, Nevada 89074
Phone: 702-434-3444
Fax #:  702-434-3739
mwelsh@lvlaw.com; k.bratton@hayesandwelsh.onmicrosoft.com

*Attorneys for Plaintiffs/Counter-Defendants*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| CF STAFFING SOLUTIONS, LLC, a Nevada limited liability co.; MAX CASAL, an individual,<br><br>        Plaintiffs,<br><br>v.<br><br>DISTRICT HEALTHCARE SERVICES, LLC, a foreign corporation; BREAKING SILOS IN MEDICINE, LLC, a foreign corporation; HABIB SHAMTE, M.D., an individual; DOES I - X, and ROE CORPORATIONS I – X, inclusive,<br><br>        Defendants. | CASE NO.:   2:24-cv-02355-GMN-EJY<br><br><br>(District Court of Clark County Nevada Case No. A-24-905033-C) |
| DISTRICT HEALTHCARE SERVICES, LLC, a foreign corporation; BREAKING SILOS IN MEDICINE, LLC, a foreign corporation,<br><br>        Counterclaimants,<br><br>v.<br><br>CF STAFFING SOLUTIONS, LLC, a Nevada limited liability co.; WC Health MSO, LLC, a Nevada Limited-Liability Company,<br><br>        Counterdefendants. | **MOTION TO EXTEND DISCOVERY DEADLINES**<br>**(Third Request)** |

1

## MOTION TO EXTEND DISCOVERY DEADLINES
### (Third Request)

Plaintiffs CF STAFFING SOLUTIONS, LLC and MAX CASAL (hereinafter "CF Staffing" or "Casal" or collectively as "Plaintiffs"), by and through their counsel, hereby file this Motion to Extend Discovery Deadlines (Third Request) (hereinafter the "Motion") to extend the discovery deadlines for Dispositive Motions and Pretrial Order as set forth in the Order Granting [46] Stipulation to Extend Discovery Deadlines [ECF No. 47] (hereinafter the "Scheduling Order"). Pursuant to the Scheduling Order, the current discovery dates are as follows:

| | |
|---|---|
| Initial Expert Disclosures: | January 20, 2026 |
| Rebuttal Expert Disclosures: | February 19, 2026 |
| Close of Discovery: | March 23, 2026 |
| Dispositive Motion Deadline: | April 22, 2026 |
| Pretrial Order: | May 26, 2026 |

However, importantly, **discovery in this matter was stayed** by Order of the Honorable Magistrate Judge Youchah filed on November 24, 2025, until January 5, 2026, to allow Defendants to retain new counsel (42 days) (ECF No. 50). Thus, Plaintiffs believe that all the discovery dates above were extended 42 days which would make Close of Discovery May 5, 2026, the Dispositive Motion Deadline June 3, 2026, and Pretrial Order July 7, 2026. However, in an abundance of caution, Plaintiffs file this Motion to Extend the relevant deadlines before the Dispositive Motion Deadline has passed. The only dates that Plaintiffs wish to extend are the Dispositive Motion and Pretrial Order deadlines. Plaintiffs believe this Motion is submitted more than twenty-one (21) days prior to the relevant deadlines. (LR 26-3.) This Stipulation is submitted in compliance with LR IA 6-1 and LR 26-3. This is the second request to extend discovery deadlines.

**A.    Statement Specifying the Discovery Completed.**

All discovery in this matter is completed and discovery has closed or will close shortly. Defendants District Healthcare Services, LLC, and Breaking Silos In Medicine, LLC ("Entity Defendants") have been defaulted following their failure to retain counsel. (ECF No. 53). Further, the

counterclaims by the Entity Defendants were dismissed by this Court on January 28, 2026 (ECF No. 51). Defendant, Dr. Habib Shamte has not been in recent communication with Plaintiffs' counsel other than an outreach regarding possible resolution in January 2026 (Plaintiffs responded but no further response from Defendant Shamte was received) and has made no attempt to file anything since prior counsel's withdrawal.

**B.    Specific Description of the Discovery that Remains to be Completed.**

None.  Only a dispositive motion is contemplated to be filed.

**C.    The Reasons Why the Remaining Discovery was Not Completed/Statement of Good Cause.**

Plaintiffs will not take additional discovery.  The only thing remaining to do in this matter is the filing of a Motion for Default Judgment against the Entity Defendants and a Motion for Summary Judgment against Defendant Shamte.  Plaintiff has been delayed in its efforts to draft and file those motions due to the unusual procedural posture that was occasioned by the withdrawal of prior counsel, the stay granted by this Court, failure of Defendants to retain new counsel and the seeking and of entry of default against the Entity Defendants.  Plaintiffs believe that a Motion for Default Judgment and a Motion for Summary Judgment will be filed well within what Plaintiffs believe the current deadlines are but, in any event, before end of May 2026.

**D.    Proposed Schedule for Completing All Remaining Discovery.**

|  | Current Deadline | Proposed Deadline |
| --- | --- | --- |
| Initial Expert Disclosures: | January 20, 2026/Closed | N/A |
| Rebuttal Expert Disclosures: | February 19, 2026/Closed | N/A |
| Close of Discovery: | March 23, 2026/May 5, 2026? | N/A |
| Dispositive Motion Deadline: | April 22, 2026/ June 3, 2026? | June 15, 2026 |
| Pretrial Order: | May 26, 2026/ July 7, 2026? | July 15, 2026 |

In the event dispositive motions are filed, the date for filing the joint pretrial order shall be suspended until thirty (30) days after the decision on the dispositive motions or until further order of the court. In the further event that the discovery period is extended from the discovery cutoff date set

forth in the discovery plan and scheduling order, the date for filing the joint pretrial order shall be extended in accordance with the periods set forth in this paragraph.

DATED: April 22, 2026

LAW OFFICE OF HAYES & WELSH

*/s/ Martin L. Welsh* .
MARTIN L. WELSH, ESQ.
Nevada State Bar No. 8720
199 North Arroyo Grande Blvd., Ste. 200
Henderson, Nevada 89074
Phone: (702) 434-3444
*Attorneys for Plaintiffs*
*CF Staffing Solutions, LLC and Max Casal*

SHULMAN BASTIAN FRIEDMAN BUI
& O'DEA, LLP

*/s/ Max J. Casal* .
MAX J. CASAL, ESQ.
*Admitted Pro Hac Vice*
100 Spectrum Center Drive
Irvine, California 92618
Phone: 949-340-3400
*Attorneys for Plaintiffs*
*CF Staffing Solutions, LLC and Max Casal*

IT IS SO ORDERED.

_____
U.S. MAGISTRATE JUDGE

Date:  April 23, 2026